# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANITA J. RICE, *the Personal Representative of the Estate of Nathan Sill*, | |
| Plaintiff, | |
| v. | Case No. 3:18-cv-00405-JPG |
| JILL MOORE and CHARLES DAVID PAULIUS, | |
| Defendants. | |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

In October 2018, the Court received a letter from the Illinois Department of Corrections that stated that the plaintiff had passed away. The Court instructed that the plaintiff's successor has 90 days to file a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1), and since this case was already on appeal, the Court sent a copy of both its order and the jail's letter to the Seventh Circuit Court of Appeals. (ECF No. 19.) Plaintiff's successor later successfully moved to substitute herself for the plaintiff pursuant to Rule 25(a)(1) in her appellate case, and the Seventh Circuit has since transferred the successor's motion for leave to appeal in forma pauperis back to this Court. The Court accordingly **DIRECTS** the Clerk of Court to substitute Anita J. Rice, the Personal Representative of the Estate of Nathan Sill, for Mr. Sill in this case pursuant to Rule 25(a)(1).

**IT IS SO ORDERED.**

**DATED: APRIL 11, 2019**

                                                    *s/ J. Phil Gilbert*
                                                    **J. PHIL GILBERT**
                                                    **U.S. DISTRICT JUDGE**